UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------------------------------------x
JOHN MAHONEY, on behalf of himself and all        :
others similarly situated                         :
                                                  :
              Plaintiff,                          :
                                                  :     CIVIL ACTION NO. 1:20-cv-3228
       v.                                         :
                                                  :
COLONIAL PARK REALTY CO,                          :
                                                  :
              Defendant.                          :
                                                  :
----------------------------------------------------------------x
```

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Mahoney ("Mahoney") and Defendant COLONIAL PARK REALTY CO  (collectively, the "Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Mahoney's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own fees, costs and attorneys' expenses.

Dated: August 9, 2021

GLANZBERG TOBIA LAW, P.C.

By: */s/ David S. Glanzberg, Esq.*
123 S. Broad Street, Suite 1640 | Philadelphia, PA 19109
David.Glanzberg@gtlawpc.com
*Attorney for Plaintiff*

DUANE MORRIS, LLP.

By: */s/ J.Colin Knisely, Esq*
J. Colin Knisely, Esq.
30 South 17th Street Philadelphia, PA 19103

cknisely@duanemorris.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

*/s David S. Glanzberg, Esq.*
David S. Glanzberg, Esq.